UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.:06-61515-CIV--COOKE/BROWN

MANA INTERNET SOLUTIONS, INC., a
Costa Rican corporation,

    *Plaintiff*,

vs.

INTERNET BILLING COMPANY, LLC,
a Georgian limited liability corporation;
INTERACTIVE BRAND DEVELOPMENT,
INC., a Delaware corporation,

    *Defendants*.
_____/



### ORDER REQUIRING COUNSEL TO MEET AND FILE
### JOINT SCHEDULING REPORT AND PROPOSED ORDER

**THIS MATTER** came before the Court upon the filing of the Complaint. The Court has reviewed the Complaint. To efficiently, expeditiously, and economically resolve this dispute, it is **ORDERED**:

    1.    Plaintiff shall forward a copy of this Order to all defendants, upon notice of appearance of defense counsel.

    2.    Discovery in this case shall be conducted in accordance with the Federal Rules of Civil Procedure and Southern District of Florida Local Rules (effective April 15, 2004), except that the deadlines under Local Rules 16.1.D., E., H., J., K., and L., may be modified by further order of the Court.

    3.    All motions submitted to the Court **must be accompanied by a proposed order**.

4.  Within **forty five (45) days** of the appearance of a defendant, counsel shall file a Joint Scheduling Report and Joint Proposed Scheduling Order pursuant to Local Rule 16.1.B.2, with a complete service list containing the name, address, phone number, **fax number** and party represented of each counsel.

5.  Counsel for the parties shall meet <u>in person</u> for a scheduling conference at least **twenty one (21) days** prior to the date the above Joint Proposed Scheduling Order is due. At this conference, the parties <u>**shall**</u> accomplish the following: (1) determine the appropriate case management track for the action pursuant to Local Rule 16.1.A.2; (2) develop a case management plan which sets deadlines in compliance with paragraphs A, B, and C of this Order; and (3) discuss settlement in good faith.

   A.  The Joint Scheduling Report shall include all information required by the eleven subsections, (a) through (k), of Local Rule 16.1.B.2. <u>**Unilateral submissions are prohibited**</u>.

   B.  As an attachment to the parties' Joint Scheduling Report, and in Compliance with Local Rule 16.1.B.2, the parties shall jointly complete *Attachment A* to this Order. The parties shall insert the specific day, month and year for each listed deadline which applies to the parties' case management plan. In completing *Attachment A*, the parties shall take into consideration the suggested pretrial deadlines set out in *Attachment B* to this Order. If the parties agree that one or more of the proposed deadlines (such as "expert witness deadlines") is not appropriate for this action, they may strike the language and omit that proposed deadline in *Attachment A*. The parties' proposed dates **shall** include: (1) **at least seventeen (17) weeks**

between the deadline for all pretrial dispositive motions and the proposed trial date; and (2) **at least five (5) weeks** between the deadline for the pretrial stipulation and the proposed trial date.

    C. As part of the Joint Scheduling Report, the parties shall jointly complete and file with the Court the Magistrate Judge Jurisdiction Election Form appended to this Order as *Attachment C*. The Court will not accept unilateral submissions in this regard; thus, a "Yes" should be checked only if all parties agree. If the parties consent to a full disposition of the case by the Magistrate Judge, including trial and entry of final judgment, the parties shall jointly file the election form appended to this Order as *Attachment D*.

  6. At least 90 days prior to the calendar call the parties shall select a mediator certified under Local Rule 16.2.B, schedule a time, date, and place for mediation. In addition, the Parties must jointly file a proposed order scheduling mediation in the form specified by Local Rule 16.2.H. If the parties cannot agree on a mediator, they shall notify the clerk in writing as soon as possible and the Clerk shall designate a certified mediator on a blind rotation basis. Counsel for all parties shall familiarize themselves with and adhere to all provisions of Local Rule 16.2. The parties shall complete mediation at least 30 days prior to the calendar call.

  7. The foregoing information will aid the Court in its management of this case, including the expeditious resolution of any discovery disputes, and help the parties focus on the key issues of the case at an early stage in the proceedings. **Accordingly, failure of counsel to file a joint scheduling report shall result in dismissal, default, and the imposition of other sanctions, including attorney's fees and costs.**

> **NOTICE TO ATTORNEYS AND LITIGANTS**
>
> Please be advised that Judge Cooke's chambers has fully implemented the faxback program. The Clerk's Office scans each document and sends the document via telefax to all parties listed on the court docket that have supplied the court with their fax number. In the event a party does not have a fax machine, the document is sent via U.S. Mail. The faxback program alleviates the need to submit self-addressed postage paid envelopes. *Accordingly, until further notice, please submit the original motion, plus one copy with one copy of the order attached to the copy of the motion. The order must include a complete service list with the names, addresses, and telefax numbers of all parties. Thank you for your cooperation in this matter.*

**DONE AND ORDERED** in Miami, Florida, this 10 day of October, 2006.

_____
THE HONORABLE MARCIA G. COOKE
UNITED STATES DISTRICT JUDGE

cc:

The Honorable Magistrate Judge Stephen T. Brown
*All Counsel of Record*

| (include dates) | **Pretrial Deadlines, Pretrial Conference and Trial Date** |
|---|---|
| _____ \_\_\_, \_\_\_ | Joinder of parties and amendment of pleadings. |
| _____ \_\_\_, \_\_\_ | Parties shall furnish opposing counsel with a written list containing the names and addresses of all fact witnesses intended to be called at trial and only those witnesses listed shall be permitted to testify unless good cause is shown and there is no prejudice to opposing party. The parties are under a continuing obligation to supplement discovery responses within <u>ten (10) days</u> of receipt or other notice of new or revised information. |
| _____ \_\_\_, \_\_\_ | All <u>fact</u> discovery must be completed. |
| _____ \_\_\_, \_\_\_ | Plaintiff must furnish expert witness list to the Defendant, along with the summaries/reports required by Local Rule 16.1.K, and only those expert witnesses shall be permitted to testify. Within the fourteen day period thereafter, Plaintiff shall make its experts available for deposition by Defendant. |
| _____ \_\_\_, \_\_\_ | All dispositive pretrial motions and memoranda of law must be filed. A **minimum of seventeen (17) weeks** is required for the Court to review dispositive motions prior to filing of the joint pretrial stipulation. **If <u>no</u> dispositive motions will be filed, clearly note this fact in the Joint Scheduling Report.** |
| _____ \_\_\_, \_\_\_ | Defendant must furnish expert witness list to the Plaintiff along with the summaries/reports required by Local Rule 16.1.K, and only those expert witnesses shall be permitted to testify. Within the fourteen day period thereafter, Defendant shall make its experts available for deposition by Plaintiff. |
| _____ \_\_\_, \_\_\_ | All <u>expert</u> discovery must be completed. *If a <u>Daubert</u> or <u>Markman</u> hearing is necessary, the parties are to add that as an additional deadline at the bottom of Attachment A. All <u>Daubert</u> and <u>Markman</u> briefing shall be complete two (2) weeks prior to any scheduled hearing on the same.* |
| _____ \_\_\_, \_\_\_ | Mediation must be completed. (The parties should select the earliest date to maximize resolution of the case in a manner that promotes client and judicial economy.) |
| _____ \_\_\_, \_\_\_ | (a) <u>Joint</u> pretrial stipulation must be filed pursuant to Local Rule 16.1.E. The pretrial stipulation shall include Plaintiff's non-binding breakdown of damages with corresponding amounts; the witness lists shall be pared down to those witnesses the parties actually intend to call at trial; and the exhibit lists shall identify the witness introducing each exhibit. **The parties shall meet at least one (1) month prior to the deadline for filing the pretrial stipulation to confer on the preparation of that stipulation.** The Court will not accept unilateral pretrial stipulations, and will strike, *sua sponte*, any such submissions; **and** |
| | (b) A joint statement outlining (1) the legal elements of Plaintiff's claims, including damages, and (2) the legal elements of the defenses raised, either in the form of a proposed jury instruction (for jury cases) or proposed conclusions of law (for non-jury cases); **and** |
| the | (c) Joint Summary of Respective Motions in Limine must be filed. The Summary shall contain a cover page providing style of the case and an index of the motions in limine. The Summary shall also include for each evidentiary issue: (*i*) a one (1) page motion identifying the evidence sought to be precluded at trial and citing legal authority supporting exclusion; and (*ii*) a one (1) page response to the motion providing a statement of the purpose for which the challenged evidence would be offered and citing legal authority in support of admission of the challenged evidence. The parties shall work together to prepare the Summary. Prior to submission of the Summary, the parties are encouraged to resolve evidentiary issues through stipulation. |
| _____ \_\_\_, \_\_\_ | Final proposed jury instructions or findings of fact and conclusions of law must be submitted. *(A courtesy copy shall be submitted to chambers at flsd_cookefl@flsd.uscourts.gov, in WordPerfect format)*, each party's list indicating each witness who will testify at trial, a one sentence synopsis of the testimony, and in consultation with opposing counsel, indicate the amount of time needed for direct and cross examination. |
| _____ \_\_\_, \_\_\_ | Pretrial conference. Usually 30 minutes are allotted for pretrial conference unless the parties or the Court, *sua sponte*, indicate a greater time is needed. |
| _____ \_\_\_, \_\_\_ | Trial Date. |
| _____ \_\_\_, \_\_\_ | Date of any other deadline the parties adopt as part of their case management plan. |

[Attachment A]

### SUGGESTED PRETRIAL DEADLINES

| | |
|---|---|
| 31 weeks prior to pretrial stip | Joinder of parties and amendment of pleadings. |
| 21 weeks prior to pretrial stip | Parties shall furnish opposing counsel with a written list containing the names and addresses of all fact witnesses intended to be called at trial and only those witnesses listed shall be permitted to testify. |
| 15 weeks prior to pretrial stip | All fact discovery must be completed. |
| 16 weeks prior to pretrial stip | Plaintiff must furnish expert witness list to the Defendant, along with the summaries/reports required by Local Rule 16.1.K, and only those expert witnesses shall be permitted to testify. Within the fourteen day period thereafter, Plaintiff shall make its experts available for deposition by Defendant. |
| 17 weeks prior to pretrial stip | All dispositive pretrial motion and memoranda of law must be filed. A **minimum of seventeen (17) weeks** is required for the Court to review dispositive motion prior to filing of the joint pretrial stipulation. **If no dispositive motions will be filed, clearly note this fact in the Joint Scheduling Report.** |
| 14 weeks prior to pretrial stip | Defendant must furnish expert witness list to the Plaintiff along with the summaries/reports required by Local Rule 16.1K, and only those expert witnesses shall be permitted to testify. Within the fourteen day period thereafter, Defendant shall make its experts available for deposition by Plaintiff. |
| 12 weeks prior to pretrial stip | All expert discovery must be completed. If a Daubert or Markman hearing may be necessary, the parties are to add that as an additional deadline at the bottom of attachment A. ***All Daubert and Markman briefing shall be complete two (2) weeks prior to any scheduled hearing on the same.*** |
| 10 weeks prior to pretrial stip | Mediation must be completed. (The parties should select the earliest date to maximize resolution of the case in a manner that promotes client and judicial economy.) |
| 5 weeks prior to the Friday before trial period | (a) Joint pretrial stipulation must be filed pursuant to Local Rule 16.1.E. The pretrial stipulation shall include Plaintiff's non-binding breakdown of damages with corresponding amounts and other relief sought. The parties shall meet at least one (1) month prior to the deadline for filing the pretrial stipulation to confer on the preparation of that stipulation. The Court will not accept unilateral pretrial stipulations, and will strike, *sua sponte*, any such submissions; **and**<br><br>(b) A joint statement outlining (1) the legal elements of Plaintiff's claims, including damages, and other relief sought, and (2) the legal elements of the defenses raised, either in the form of a proposed jury instruction (for jury cases) or proposed conclusions of law (for non-jury cases); **and**<br><br>(c) Joint Summary of Respective Motions in Limine must be filed. The Summary shall contain a cover page providing the style of the case and an index of the motions in limine. The Summary shall also include for each evidentiary issue: (*i*) a one (1) page motion identifying the evidence sought to be precluded at trial and citing legal authority supporting exclusion; and (*ii*) a one (1) page response to the motion providing a statement of the purpose for which the challenged evidence would be offered and citing legal authority in support of admission of the challenged evidence. The parties shall work together to prepare the Summary. Prior to submission of the Summary, the parties are encouraged to resolve evidentiary issues through stipulation. |
| Friday before Calendar Call | Final proposed jury instructions or findings of fact and conclusions of law must be submitted. *(A courtesy copy shall be submitted to chambers at flsd_cookefl@flsd.uscourts.gov, in WordPerfect format)*, each party's list indicating each witness who will testify at trial, a one sentence synopsis of the testimony, and in consultation with opposing counsel, indicate the amount of time needed for direct and cross examination. |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.:06-61515-CIV--COOKE/BROWN

MANA INTERNET SOLUTIONS, INC., a
Costa Rican corporation,

     *Plaintiff*,

vs.

INTERNET BILLING COMPANY, LLC,
a Georgian limited liability corporation;
INTERACTIVE BRAND DEVELOPMENT,
INC., a Delaware corporation,

     *Defendants*.
_____/

### ELECTION TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE FOR FINAL DISPOSITION OF MOTIONS

In accordance with the provisions of 28 U.S.C. 636(c), the undersigned parties to the above-captioned civil matter hereby jointly and voluntarily elect to have a United States Magistrate Judge decide the following motions and issue a final order or judgment with respect thereto:

1. Motions for Costs     Yes _____   No _____

2. Motions for Attorney's Fees     Yes _____   No _____

3. Motions for Sanctions     Yes _____   No _____

_____  _____
(Date)           (Signature-Plaintiff's Counsel)

_____  _____
(Date)           (Signature-Plaintiff's Counsel)

_____  _____
(Date)           (Signature-Defendant's Counsel)

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.:06-61515-CIV--COOKE/BROWN

MANA INTERNET SOLUTIONS, INC., a
Costa Rican corporation,

      *Plaintiff*,

vs.

INTERNET BILLING COMPANY, LLC,
a Georgian limited liability corporation;
INTERACTIVE BRAND DEVELOPMENT,
INC., a Delaware corporation,

      *Defendants*.
_____/

## ELECTION TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE FOR TRIAL

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned parties to the above-captioned civil matter hereby jointly and voluntarily elect to have a United States Magistrate Judge conduct any and all further proceedings in the case, including TRIAL, and entry of final judgment with respect thereto.

_____    _____
(Date)                     (Signature-Plaintiff's Counsel)

_____    _____
(Date)                     (Signature-Plaintiff's Counsel)

_____    _____
(Date)                     (Signature-Defendant's Counsel)

_____    _____
(Date)                     (Signature-Defendant's Counsel)