UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.06-61515-CIV-COOKE/BROWN

MANA INTERNET SOLUTIONS, INC.,

    *Plaintiff,*

v.

INTERNET BILLING COMPANY, LLC, *et al.*,

    *Defendants.*
_____/

**ORDER ENTERING DEFAULT
AGAINST DEFENDANTS INTERNET BILLING COMPANY, LLC AND
INTERACTIVE BRAND DEVELOPMENT, INC.**

**THIS CAUSE** is before the court upon an independent review of the record. On July 2, 2007, this Court issued an Order Granting Defense Counsel's Motion to Withdraw as Counsel. See DE 45. In that Order, the Court instructed the Defendants that they must retain counsel within thirty days of the date of that Order. Palazzo v. Gulf Oil Corp., 764 F.2d 1381 (11th Cir. 1985) (holding that a corporate entity must be represented by licensed counsel). The July 2, 2007 Order also advised the Defendants that their failure to comply would result in the immediate imposition of sanctions including the entry of default against both Defendants. See DE 45. Nevertheless, as of the date of this Order the Defendants have yet to retain counsel in this matter. Therefore, it is hereby

    **ORDERED and ADJUDGED** as follows:

        1.    Default is hereby entered against Defendants Internet Billing Company, LLC and Interactive Brand Development, Inc. for their failure to retain counsel in compliance with this Court's July 2, 2007 Order.

2. On or before **September 20, 2007** Plaintiff shall file all documentation necessary to support its claim for damages against the Defendants in this action.

3. In the interim, the Clerk is directed to **CLOSE** this case for administrative purposes only. All pending motions are **DENIED AS MOOT.**

**DONE and ORDERED** in Chambers at Miami, Florida, this 22nd day of August, 2007.

_____
MARCIA G. COOKE
United States District Judge

*Copies furnished to:*

*All Counsel of Record*

*Internet Billing Company, LLC*

*Interactive Brand Development, Inc.*